IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VICTOR L. PARKER,<br><br>　　　　　Defendant. | Case No. 3:23-CR-30101-NJR-1 |

# PRELIMINARY ORDER OF FORFEITURE

**ROSENSTENGEL, Chief Judge:**

In the Indictment filed on August 15, 2023, the United States sought forfeiture of the property of Defendant Victor L. Parker pursuant to 18 U.S.C. § 924(d). (Doc. 1). Upon consideration of Parker's guilty plea, the Court hereby finds the following property is forfeitable and orders forfeited:

1. **Smith & Wesson SD9, pistol bearing serial number FDD1244;**
2. **Glock 17 pistol bearing serial number AYF671; and**
3. **Any and all ammunition contained therein or seized therewith.**

The United States shall provide notice of the forfeiture and the right of persons other than Defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's

right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States shall, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited property, as substitute for the published notice to those persons so notified.

Upon the filing of a petition alleging third-party interests in the forfeited property, the Court may amend this order to resolve the claimed third-party interests.

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize and reduce to his possession, if he has not already done so, the forfeited property.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Victor L. Parker at the time of his sentencing, regardless of whether the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of Parker's sentence and shall be included in the Judgment imposed against him. This Order is a final order with respect to Parker and may be amended with respect to petitions filed by third parties claiming an interest in the forfeited property.

The United States may abandon forfeiture of the property by filing notice of the abandonment with the Court.

**IT IS SO ORDERED.**

DATED:   July 7, 2025

_Nancy J. Rosenstengel_
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**